[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
OCT 24 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff Keisha Allen )
v. )
Unite here local 1 )
Defendant )

Case Number: 1:19-cv-03926
Judge: John J. Tharp
Magistrate Judge:

Dear Judge Tharp,

My name is Keisha Allen, I am writing too complain about my lawyer Jillian T. Weiss, It was a decision made in my case in September 2022, I'm unaware of the decision and I dont know what to do legally about the decision in case. I do know my attorney called me in September and claimed I got her fired from law firms and she also emailed me, I'm ignorance to the laws as too what I can do legally about my lawyer in this case, she is ineffective lawyer and should be barred from working in Illinois she call me and said I had her fired from jobs, I did not, she deleted block me from emailing her or calling her I wrote and beg her about my case decision I need entire case files, she refused too send.

Page one    Keisha Allen
10/23/22

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Keisha Allen
Plaintiff

v.

Unite Here local 1
Defendant

Case Number: 1-19-cv-03926

Judge: John J Tharp

Magistrate Judge:

Jillian T. Weiss, has been ineffective since she had my case from 2014 to 2022. I am complaining that she didn't even Advise me of any of my rights about case before she called and Accused me of getting her fired from law firms Nor did she Advise me of my Rights of Any decisions made in case (1-19-cv-03926 I dont what I can I do About this case or its decision made in case Please Help me Judge I will be contacting ARDc about Her 130 E. randolph dr. ste 1500 Please Help me Judge Tharp, Please

Keisha Allen

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PAGE 2

10/23/22